IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARGIN M. RENFRO et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELBERT JOSEPH JENNINGS, et al.,<br><br>Defendants. | Case No. 23-CV-336-JFH-GLJ |

MARGIE M. RENFRO et al.,

Plaintiffs,

v.                                                                 Case No. 23-CV-336-JFH-GLJ

DELBERT JOSEPH JENNINGS, et al.,

Defendants.

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 61. The Magistrate Judge recommends that the motions to dismiss filed by Defendants Delbert Joseph Jennings, Kimberly Jennings, Sarah Harper, Rusty Harper, and Patricia Covington ("Defendants") [Dkt. Nos. 22, 35] be GRANTED, and that Plaintiffs be granted leave to amend their complaint.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendants' motions to dismiss [Dkt. Nos. 22, 35] are GRANTED. Plaintiffs' claims are DISMISSED without prejudice. Plaintiffs may file an amended complaint to address the deficiencies identified in the Magistrate Judge's Report and Recommendation, no later than October 16, 2024.

IT IS SO ORDERED this 16th day of September 2024.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE