IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARGIN M. RENFRO et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>DELBERT JENNINGS et al.,<br><br>      Defendants. | Case No. 23-CV-336-JFH-GLJ |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 95. The Magistrate Judge recommends that the motions to dismiss filed by Defendants Delbert Jennings, Kimberly Jennings, Sarah Harper, Rusty Harper, and Patricia Coverington [Dkt. Nos. 75, 77, 79, 81, 83] be granted.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendants' motions to dismiss [Dkt. No. 75, 77, 79, 81, 83] are GRANTED and the case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of August 2025.

 

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE